**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Anthony Edwards, Appellant.

Appellate Case No. 2011-201766

———————

Appeal From Darlington County
Howard P. King, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-106
Submitted February 1, 2013 – Filed March 13, 2013

———————

**APPEAL DISMISSED**

———————

Appellate Defender Robert Michael Dudek, of Columbia, and Anthony Edwards, pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.